# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-2910
Lower Tribunal No. 2010-CF-014374-A-O

_____

JAMMIE J. BROWN, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Luis F. Calderon, Judge.

May 21, 2024

PER CURIAM.

AFFIRMED.

NARDELLA and WOZNIAK, JJ., and LAMBERT, B.D., Associate Judge, concur.

Jammie J. Brown, Jr., Graceville, pro se.

Ashley Moody, Attorney General, Tallahassee, and Pamela J. Koller, Assistant Attorney General, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED